## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL REDDEN, | : | CASE NO. 1:24-CV-00342 |
| Plaintiff, | : | JUDGE Matthew W. McFarland |
| v. | : | |
| TIM BAIRD, *et al.,* | : | **NOTICE OF APPEARANCE OF DAWN M. FRICK** |
| Defendants. | : | |

Now comes Dawn M. Frick of Surdyk, Dowd & Turner Co., L.P.A. and hereby enters an appearance in the above matter as trial counsel for Tim Baird, and Ross Township.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Dawn M. Frick*
Jeffrey C. Turner (0063154)
Dawn M. Frick (0069068)
Steven M. Riggs (0103869)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
jturner@sdtlawyers.com
dfrick@sdtlawyers.com
sriggs@sdtlawyers.com
*Trial Attorneys for Tim Baird and Ross Township*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, a copy of which will automatically be forwarded to the parties or their counsel of record:

Jim Hardin (0056247)
Joshua Adam Engel (0075769)
Engel and Martin, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com
*Attorneys for Plaintiff*

*/s/ Dawn M. Frick*_____
Dawn M. Frick (0069068)