IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL REDDEN, | : | Case No. 1:24-cv-342 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| TIM BAIRD, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF REFERRAL

This civil action is hereby referred to Magistrate Judge Stephanie K. Bowman for the limited purpose of conducting a settlement conference, or, in Magistrate Judge Bowman's discretion, to be referred to a Court-appointed volunteer mediator under the Court's Attorney-Based Mediation program. *See* https://www.ohsd.uscourts.gov/adr-district-court-mediation. Counsel shall jointly contact Magistrate Judge Bowman's Chambers (513-564-7680) by no later than April 25, 2025, to schedule the proceedings.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: /s/ Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND