**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| MICHAEL REDDEN, | : | CASE NO. 1:24-CV-00342 |
| Plaintiff, | : | JUDGE Matthew W. McFarland |
| v. | : | **NOTICE OF SUBSTITUION OF COUNSEL** |
| TIM BAIRD, *et al.,* | : | |
| Defendants. | : | |

Notice is hereby given that Justin R. Marks of Surdyk, Dowd & Turner Co., L.P.A. is substituted for Steven Riggs as trial counsel for Defendants Tim Baird and Ross Township in the above-captioned case.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Justin R. Marks*
Justin R. Marks (0103811)
Jeffrey C. Turner (0063154)
Dawn M. Frick (0069068)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
jmarks@sdtlawyers.com
jturner@sdtlawyers.com
dfrick@sdtlawyers.com
*Trial Attorneys for Tim Baird and Ross Township*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, a copy of which will automatically be forwarded to the parties or their counsel of record:

Jim Hardin
Joshua Adam Engel
Engel and Martin, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
engel@engelandmartin.com
*Attorneys for Plaintiff*

                                                       */s/ Justin R. Marks*
                                                       Justin R. Marks (0103811)