## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL REDDEN, | : | CASE NO. 1:24-CV-00342 |
| Plaintiff, | : | JUDGE Matthew W. McFarland |
| v. | : | |
| TIM BAIRD, *et al.*, | : | **DEFENDANTS TIM BAIRD AND ROSS TOWNSHIP'S MOTION FOR LEAVE TO MANUALLY FILE VIDEOS** |
| Defendants. | : | |

Now come Defendants Tim Baird and Ross Township ("Defendants"), through their undersigned counsel, and hereby move the Court for leave to manually file video footage of the events precedent to Plaintiff's arrest at issue in this matter. The videos are being filed in support of Defendants' Motion for Summary Judgment and as an exhibit to a deposition which will be filed.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Dawn M. Frick*_____
Jeffrey C. Turner (0063154)
Dawn M. Frick (0069068)
Justin R. Marks (0103811)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333, (937) 222-1970 (fax)
jturner@sdtlawyers.com
dfrick@sdtlawyers.com
jmarks@sdtlawyers.com
*Trial Attorneys for Tim Baird and Ross Township*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, a copy of which will automatically be forwarded to the parties or their counsel of record:

Jim Hardin
Joshua Adam Engel
Engel and Martin, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
engel@engelandmartin.com
*Attorneys for Plaintiff*

                                            */s/Dawn M. Frick*
                                            Dawn M. Frick (0069068)