# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL REDDEN, | : | CASE NO. 1:24-CV-00342 |
| Plaintiff, | : | JUDGE Matthew W. McFarland |
| v. | : | |
| | | **NOTICE OF FILING DEPOSITION** |
| TIM BAIRD, *et al.,* | : | **TRANSCRIPT OF TIMOTHY BAIRD** |
| Defendants. | : | |

Pursuant to Rule 30(f) of the Federal Rules of Civil Procedure, the Deposition Transcript of Timothy Baird, taken April 11, 2025, is herein filed with the Court for purposes of Defendants Tim Baird and Ross Township's Motion for Summary Judgment and for trial.

        Respectfully submitted,

        SURDYK, DOWD & TURNER CO., L.P.A.

        */s/ Dawn M. Frick*_____
        Jeffrey C. Turner (0063154)
        Dawn M. Frick (0069068)
        Justin R. Marks (0103811)
        8163 Old Yankee Street, Suite C
        Dayton, Ohio 45458
        (937) 222-2333, (937) 222-1970 (fax)
        jturner@sdtlawyers.com
        dfrick@sdtlawyers.com
        jmarks@sdtlawyers.com
        *Trial Attorneys for Tim Baird and Ross Township*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, a copy of which will automatically be forwarded to the parties or their counsel of record:

Jim Hardin
Joshua Adam Engel
Engel and Martin, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
engel@engelandmartin.com
*Attorneys for Plaintiff*

                                                */s/Dawn M. Frick*_____
                                                Dawn M. Frick (0069068)