

**Timothy Baird II, Ross Township Police Department, ID: 174409**

**Appointment History\***

| Agency | Employee Status | Start Date | End Date | Separation Reason |
| --- | --- | --- | --- | --- |
| Golf Manor Police Department | Full-time | 12/2/2023 | | |
| Ross Township Police Department | Full-time | 11/17/2022 | 12/19/2023 | Resignation - In good standing (No Pending discipline) |
| Mount Healthy Police Department | Full-time | 7/5/2015 | 11/30/2022 | Resignation - In good standing (No Pending discipline) |

**Basic Academy Records**

| School Number | School | Start Date | End Date | Exam Date | Certificate Number | Certificate Date | Appointed By | Appointed Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BAS14-087 | Butler Tech Peace Officer Training Academy | 9/9/2014 | 5/28/2015 | 6/18/2015 | 151198 | 7/5/2015 | Mount Healthy Police Department | 7/5/2015 |
| PSA08-061 | Scarlet Oaks Private Security Academy | 1/7/2008 | 3/20/2008 | 5/21/2008 | 592010 | 5/21/2008 | | |

**OPOTA Advanced Training Records\*\***

| Course Title | Start Date | End Date |
| --- | --- | --- |
| Police Rifle-Carbine Instructor | 9/27/2021 | 9/29/2021 |
| Semi-Auto Pistol Instructor | 10/5/2020 | 10/9/2020 |
| Photography for Investigators | 10/17/2019 | 10/17/2019 |
| Trauma Informed Policing | 12/12/2017 | 12/12/2017 |

| Course Title | Start Date | End Date |
|---|---|---|
| **Dynamic Vehicle Operations** | 4/26/2017 | 4/26/2017 |
| **Pursuit Termination Techniques** | 3/7/2017 | 3/9/2017 |
| **Core Criminal Investigation** | 2/27/2017 | 3/3/2017 |
| **Opiate Overdose Death Investigations Training Seminar** | 1/12/2017 | 1/12/2017 |
| **Advanced Building Clearing** | 11/8/2016 | 11/10/2016 |
| **Judgmental Firearms Simulator** | 2/23/2016 | 2/25/2016 |
| **Judgmental Driving Simulator** | 2/23/2016 | 2/25/2016 |

## LMS Training Records

| Date Completed | Course Title | Officer Number | Officer |
|---|---|---|---|
| 11/10/2023 | **Community Diversity and Procedural Justice** | 174409 | **Baird II, Timothy Lewis** |
| 11/10/2023 | **Effective Communication and Safe Interaction with Persons in Crisis** | 174409 | **Baird II, Timothy Lewis** |
| 11/10/2023 | **Responding to Sexual Assault** | 174409 | **Baird II, Timothy Lewis** |
| 11/10/2023 | **Officer Wellness Seminar** | 174409 | **Baird II, Timothy Lewis** |
| 11/10/2023 | **Ohio Public Records Law** | 174409 | **Baird II, Timothy Lewis** |
| 11/10/2023 | **Report Writing 2023** | 174409 | **Baird II, Timothy Lewis** |
| 11/7/2023 | **Domestic Violence Legal Updates** | 174409 | **Baird II, Timothy Lewis** |
| 10/16/2023 | **Ohio School Threat Assessment** | 174409 | **Baird II, Timothy Lewis** |
| 10/11/2023 | **Part 3 - Legal Updates 2023** | 174409 | **Baird II, Timothy Lewis** |
| 10/10/2023 | **Part 2 - Legal Updates 2023** | 174409 | **Baird II, Timothy Lewis** |
| 10/10/2023 | **Part 1 - Legal Updates 2023** | 174409 | **Baird II, Timothy Lewis** |
| 10/10/2023 | **Arrest, Search, and Seizure 2023** | 174409 | **Baird II, Timothy Lewis** |
| 9/14/2022 | **Use of Deadly Force and Legal Guidelines** | 174409 | **Baird II, Timothy Lewis** |
| 9/1/2022 | **Qualified Immunity** | 174409 | **Baird II, Timothy Lewis** |
| 9/1/2022 | **Objective Reasonableness** | 174409 | **Baird II, Timothy Lewis** |

| Date Completed | Course Title | Officer Number | Officer |
|---|---|---|---|
| 8/27/2022 | Critical Thinking in Use of Force Situations | 174409 | Baird II, Timothy Lewis |
| 8/23/2022 | BCI Lethal Use of Force and OIS Investigations | 174409 | Baird II, Timothy Lewis |
| 8/2/2022 | Mental Health Response | 174409 | Baird II, Timothy Lewis |
| 8/2/2022 | Effective Communication and Safe Interaction with Persons in Crisis | 174409 | Baird II, Timothy Lewis |
| 6/20/2022 | Communication Disabilities | 174409 | Baird II, Timothy Lewis |
| 5/24/2022 | Ethics and Professionalism | 174409 | Baird II, Timothy Lewis |
| 5/23/2022 | Community Diversity and Procedural Justice | 174409 | Baird II, Timothy Lewis |
| 5/19/2022 | Trauma and the Brain | 174409 | Baird II, Timothy Lewis |
| 5/19/2022 | Sexual Assault Investigations | 174409 | Baird II, Timothy Lewis |
| 5/18/2022 | Responding to Sexual Assault | 174409 | Baird II, Timothy Lewis |
| 4/25/2022 | Crisis Intervention | 174409 | Baird II, Timothy Lewis |
| 4/21/2022 | Biological Evidence Collection for Sexual Assaults | 174409 | Baird II, Timothy Lewis |
| 4/18/2022 | Use of Restraints | 174409 | Baird II, Timothy Lewis |
| 4/18/2022 | Ohio Public Records Law | 174409 | Baird II, Timothy Lewis |
| 4/4/2022 | Ohio Forfeiture Laws | 174409 | Baird II, Timothy Lewis |
| 4/4/2022 | New and Updated Criminal Charges | 174409 | Baird II, Timothy Lewis |
| 3/29/2022 | Medical Marijuana | 174409 | Baird II, Timothy Lewis |
| 3/29/2022 | Hazing | 174409 | Baird II, Timothy Lewis |
| 3/29/2022 | Custodial Interrogation | 174409 | Baird II, Timothy Lewis |
| 3/29/2022 | Hate Crimes | 174409 | Baird II, Timothy Lewis |
| 3/4/2022 | Domestic Violence Legal Updates | 174409 | Baird II, Timothy Lewis |
| 2/17/2022 | Vicarious Trauma | 174409 | Baird II, Timothy Lewis |
| 2/11/2022 | Officer Wellness Seminar | 174409 | Baird II, Timothy Lewis |
| 4/7/2021 | Restraint or Confinement of a Pregnant Suspect | 174409 | Baird II, Timothy Lewis |

| Date Completed | Course Title | Officer Number | Officer |
|---|---|---|---|
| 11/3/2020 | Election Day Refresher for Law Enforcement | 174409 | Baird II, Timothy Lewis |
| 3/26/2018 | Missing Persons | 174409 | Baird II, Timothy Lewis |
| 11/26/2017 | 2017 Legal Update: Issues in Interrogations and Confessions | 174409 | Baird II, Timothy Lewis |
| 11/26/2017 | 2017 Legal Update: Search and Seizure Law | 174409 | Baird II, Timothy Lewis |
| 11/26/2017 | 2017 Legal Update: Domestic Violence Refresher | 174409 | Baird II, Timothy Lewis |
| 11/26/2017 | 2017 Legal Update: Civil Liability for Officers | 174409 | Baird II, Timothy Lewis |
| 10/29/2017 | 04 Blue Courage Health and Wellness | 174409 | Baird II, Timothy Lewis |
| 10/29/2017 | 03 Blue Courage Positive Psychology | 174409 | Baird II, Timothy Lewis |
| 10/14/2017 | 02 Blue Courage The Nobility of Policing | 174409 | Baird II, Timothy Lewis |
| 10/14/2017 | 01 Blue Courage Foundations | 174409 | Baird II, Timothy Lewis |
| 5/3/2016 | Human Trafficking 2016 Update | 174409 | Baird II, Timothy Lewis |
| 5/3/2016 | Procedural Justice and Police Legitimacy | 174409 | Baird II, Timothy Lewis |
| 5/3/2016 | Companion Animal Encounters | 174409 | Baird II, Timothy Lewis |
| 5/3/2016 | Animal Encounters | 174409 | Baird II, Timothy Lewis |
| 11/13/2015 | Narcan eLearning Course | 174409 | Baird II, Timothy Lewis |
| 9/23/2015 | DeEscalating Mental Health Crises | 174409 | Baird II, Timothy Lewis |
| 9/23/2015 | Autism and Other Developmental Disabilities | 174409 | Baird II, Timothy Lewis |

## Canine Training Records

| Canine School | Certificate Date | Canine Unit | Certificate Type | Specialty | Renewal Date |
|---|---|---|---|---|---|
| No Records Found | | | | | |

\*The appointment records listed above reflect the appointed and separation information reported to OPOTC pursuant to section 109.761 of the Revised Code. Neither OPOTC, nor its staff, has independent knowledge of the information contained in these records.

\*\*The advanced training records listed above reflect ONLY THOSE trainings the peace officer scheduled through OPOTA. Records reflecting

Ross 000392

**advanced training conducted by the peace officer's agency, or conducted by another organization, are not maintained by OPOTC. Requests for any such records should be directed to the peace officer's employing agency or the organization who conducted the training.**