# CAD Call Report

10/21/2024  Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| Call ID: | 23-120215 | Date: 07/07/2023 | Time: 18:23:08 | Received: | OTHER |
| | | | | Dispo: | Law completed |
| Code: | DOMEST R | Type: DOMESTIC VIOLENCE REPORT | | Entry ID: | SUNDANCEAPI |

Address: **2043** Wagon Wheel Dr    Apt:
Location:    City: **ROSS TWP**

**Comments:**

(7/7/2023 18:23:08 By: SUNDANCEAPI) 07/07/2023 18:23:03AKG        [1] CALLER'S EX FIANCEE BRIDGET LANGEN PUNCHED HIM AND BROKE HIS TV - NO LONGER ONS
07/07/2023 18:33:54JRA        [2] FEMALE HALF IS IN THE LOBBY, 605 ON PX WITH MALE
07/07/2023 18:58:28JRA        [3] Secondary Location for 10P605: 2043 WAGON WHEEL DR, 2043 WAGON WHEEL DR,ROSS TWP, OH 45013.
07/07/2023 19:01:45JZ        [4] [Query] 10P605, CAD - Person Query: FNAM/.MNAM/.LNAM/.OLN/SH268188.OLS/OH.SNAM/.DST/OH.
07/07/2023 19:01:52JZ        [5] [Query] 10P605, CAD - Person Query: FNAM/.MNAM/.LNAM/.OLN/RT167613.OLS/OH.SNAM/.DST/OH.
07/07/2023 19:19:14JRA        [6] REQ CCH FOR MALE HALF FOR PRIOR DV AND ARRESTS
07/07/2023 19:20:55SMC        [7] NO CCH FOR MALE
07/07/2023 19:34:15JRA        [8] 1 IN CUSTODY
07/07/2023 19:40:39JRA        [9] Secondary Location for 10P605: JAIL@ BUTLER COUNTY, 705 HANOVER ST,HAMILTON, OH 45011.

| | | | | | |
|---|---|---|---|---|---|
| PNum: | 202300319 | Caller Info: | | | |
| FNum: | 0 | Last Name: REDDEN | First Name: MICHAEL | MI: | |
| ENum: | 0 | Street#: 0 | Street Name: | Apt: | |
| MABAS: | | City: | Phone: 5136756453 | | |

**Units On Call Times**

| Unit # | Sub Id | Disp | Enroute | OnScene | Cleared | IN SERVICE | TO HOSPITAL | AT HOSPITAL | BELL OUT | IN AREA | IN QTRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 605 | 10P605 | 18:30:42 | 18:30:42 | 18:33:44 | 20:29:50 | | | | | | |
| 9P1476 | | 19:20:53 | 19:20:53 | 19:42:48 | 20:00:31 | | | | | | |