

# Ross Township
# Police Department

Ross Township
Police Department
4055 Hamilton Cleves Rd
Fairfield, OH 45014
Phone: (513)863-2337
Fax:

# Investigative Report

| | | | |
|---|---|---|---|
| | Incident #: 202300319 | Report Date: | Friday, July 7, 2023 |

## Incident Information

| | | | |
|---|---|---|---|
| Call Type: | **DOMESTIC VIOLENCE** | Call ID: | 23-120215 |
| Location: | 2043 Wagon Wheel Dr   ROSS TWP | Zone: | 10 |
| Occurred Between: | 07/07/2023  18:23:00  And  07/07/2023  18:23:00 | | |
| Supervisor: | 611 BRYAN ROGERS | Unit on Scene: | 10P605 |
| Officer Report: | 605 TIM BAIRD | Officer Assigned: | 605 TIM BAIRD |
| Boards: D, C or J: | | Copies To: | |
| Approved By: | 601 BURTON ROBERTS | Approved Date: | 07/10/2023 |
| Clearance Code: | F  - CLEARED BY ARREST - ADULT | | |

## Dispatch Times

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Received: | 18:23 | Dispatched: | 18:30 | Arrived: | 18:33 | Cleared: | Total: |

## Charge Information

| Charge | ORC | Court Date |
|---|---|---|
| Domestic Violence  M1 | 2919.25 | 07/10/2023 |

## Incident Names

| Entry Type | | | | | | |
|---|---|---|---|---|---|---|
| ARA | Name: REDDEN, MICHAEL K JR | | | | DOB: | 09/19/1977 |
| | Address: 2043 WAGON WHEEL DR  HAMILTON, OH  45013 | | | | Phone1: | |
| | Sex: M  Race: W  Hgt: 5  4  Wgt: 160  Hair: BRO  Eyes: BLU | | | | Phone2: | |

| Entry Type | | | | | | |
|---|---|---|---|---|---|---|
| OIV | Name: REDDEN, MAISLEY | | | | DOB: | 12/11/2019 |
| | Address: 211 LYNESS AV  HARRISON, OH  45030 | | | | Phone1: | |
| | Sex: F  Race: W  Hgt: 0  0  Wgt: 0  Hair:   Eyes: | | | | Phone2: | |

| Entry Type | | | | | | |
|---|---|---|---|---|---|---|
| OIV | Name: REDDEN, KYLEE | | | | DOB: | 09/26/2005 |
| | Address: 2043 WAGON WHEEL DR  HAMILTON, OH  45013 | | | | Phone1: | |
| | Sex: F  Race: W  Hgt: 5  3  Wgt: 100  Hair: BRO  Eyes: BRO | | | | Phone2: | |

## Narrative Report

On 7/7/2023 at 1823 I responded to the lobby of my Police Department for a report of domestic violence. Upon arrival I made contact with the female, Ms. Bridget Langen, who was visibly distraught and crying. She stated that she wanted to report an incident that occurred at 2043 Wagon Wheel Dr. Ms Langen stated that she went to the address to pick her juvenile daughter up from the father Mr. Michael Redden. Ms. Langen and Mr Redden share the child in common, recently lived together in the residence, and were never married during their relationship. Ms. Langen stated that she was allowing Mr. Redden visitation and was picking up the child from the residence as agreed. Ms. Langen stated that when she was putting the child in the vehicle, Mr. Redden reached into her vehicle and stole her cell phone from the front seat. Ms. Langen stated that she began to chase after Mr. Redden on foot as he ran away with the phone in his possession. While running away Ms. Langen stated that he was taunting her saying he was "going to take her daughter away from her, and that the phone was his". Ms. Langen stated that she continued to follow Mr. Redden as he ran into the residence through the back door of the residence in attempts to get her phone back. Ms. Langen stated that he slammed the door on her and shoved her out of the doorway of the residence. Mr. Langen sustained injuries to her forearm and her knee when Mr. Redden shoved her out of the residence. Ms. Langen stated that she attempted to get Mr. Redden's other juvenile daughter, K.R, who was present to call the police and even sought



# Ross Township
# Police Department

Ross Township
Police Department
4055 Hamilton Cleves Rd
Fairfield, OH 45014
Phone: (513)863-2337
Fax:

## Investigative Report

**Incident #:** 202300319     **Report Date:**     Friday, July 7, 2023

assistance from the neighbor as she was unable to call the police herself for assistance. Ms. Langen stated that after the physical and verbal altercation occurred, and not getting assistance from anyone she left the scene and responded to the police department for assistance. A written statement was collected from Ms. Langen before responding to the residence to obtain a statement from Mr. Redden.

I arrived on scene at 2043 Wagon Wheel and was met in the driveway by Mr. Redden. Mr Redden stated that he had an incident at the residence involving Ms. Langen. Mr Redden was asked to provide the video footage he had. K.R was able to show me the footage. K.R was able to get video of parts of the incident, and not the whole incident. One of the videos, is a 3 second clip of Mr. Redden running in the street after he took Ms. Langen's phone from her keeping it from her. The second video is 16 second clip of Ms. Langen standing at the neighbors residence knocking on the door seeking assistance. The third 10 second clip is Ms. Langen holding the child in her arms and Mr. Redden calling Ms Langen a piece of shit, and Ms. Langen asking him to call the police. The fourth 1:08 second clip is Ms. Langen yelling that she wanted her phone, and asking the other daughter to call the police multiple times and a verbal argument ensuing over the phone and damage to a television. The last one minute clip is Ms Langen chasing after Mr. Redden from the driveway to the back yard, Ms. Langen trying to get her phone from Mr. Redden who is standing in the sliding glass back door. Mr. Redden is seen pushing Ms. Langen down, and continuing to not give back the phone. Ms. Langen is yelling back at him that she wants her phone.

K.R was interviewed and she stated that she saw Mr. Redden and Ms. Langen at the vehicle that was parked in the driveway. She stated that she heard them arguing and then seen them both running away from the vehicle, where Mr. Redden stole the phone of Ms. Langen. She stated that Mr. Redden told her to start recording the incident, and she recorded what she could. She was asked to send the videos to me for the investigation. K.R agreed that this incident wouldn't have happened if Mr. Redden wouldn't have stolen the phone. Mr. Redden was then interviewed, and he also agreed that had he not taken the phone from Ms. Langen's vehicle this entire incident wouldnt have occurred. Mr. Redden stated that he gave the phone to Ms. Langen during the relationship , and while they were living together. He also stated that he allowed her to continue to use the phone so he could speak with his daughter they share in common after the relationship ended. Injuries were witnessed on Mr . Redden's elbow which appeared to be a scratch, and a defensive bite mark on the right forearm of Mr. Redden . The child was released to Ms. Langen's custody and K.R was released to Mr. Redden's sister who was also on scene. Mr. Redden's sister was able to secure the residence when she left the residence. Mr. Redden was then arrested for domestic violence and transported to Butler County Jail. Adult arrest.

| | | | |
|---|---|---|---|
| **Reporting Officer:** | *605 TIM BAIRD* | Date: | |
| **Supervisor:** | *611 BRYAN ROGERS* | Date: | |
| **Entered By:** | *605 TIM BAIRD* | Date: | |
| **Approved By:** | *601 BURTON ROBERTS* | Date: | |



# Ross Township
# Police Department

Ross Township
Police Department
4055 Hamilton Cleves Rd
Fairfield, OH 45014
Phone: (513)863-2337
Fax:

## Investigative Report Supplement

Date: 07/09/2023　　Reporting Officer: 605 TIM BAIRD　　INC#: 202300319　　CFS#: 23-120215

**Supplement Title:** Supplement

Victim's rights request was signed and uploaded.

| | | |
|---|---|---|
| **Reporting Officer:** | _____ | Date: _____ |
| **Supervisor:** | _____ | Date: _____ |
| **Entered By:** | _____ | Date: _____ |
| **Approved By:** | _____ | Date: _____ |



Ross 000398



# WITNESS STATEMENT
## Ross Township Police Department

INCIDENT NUMBER: _____

PAGE # 1 of 2

NAME: Bridgit Langen   AGE: 35   DOB: 4·17·88   SEX: F
ADDRESS: 211 Lyness Ave   CITY: Harrison   STATE: OH
HOME PHONE: (513) 253-4535   CELL PHONE: (573) 255-4535
DRIVER'S LICENSE #: _____   SOCIAL SECURITY #: 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
EMPLOYER NAME: _____   PHONE: _____

x I went to pick my daughter Maisey Bidden up from her dads house. I have been letting him see her while we are about to go to court for custody. I have previously left him due to a toxic situation I could no longer allow the children or myself to tolerate. When I got there I decided to be civil and got out to say hi to my stepdaughter. When I left to go back to my daughter in the car he reached through the window and snatched my phone. I got out and ran after him yelling you stole my phone he was laughing saying he's going to take my daughter from me and that is his phone. I ran after him to the house sliding window door where he slammed it on me. I reached back when my arm and body were being shoved at the window I hit him on mistake. He locked me out and I got so upset I ripped the dr. off the wall. He held me up against

I HAVE READ THIS STATEMENT CONSISTING OF __2__ PAGE(S) AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

THIS STATEMENT WAS COMPLETED AT _1845_ HOURS ON THE _7_ DAY OF _July_ 20 _23_.

x _Bridgit Lampn_ (signature)   _(witness/officer signature)_
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT   WITNESS/OFFICER

RTPD 07/14

Ross 000400

# WITNESS STATEMENT
## Ross Township Police Department

INCIDENT NUMBER

PAGE # 2 of 2

NAME: Bridget Langen  AGE: 35  DOB: 4.17.88  SEX: F
ADDRESS: 211 Lyness Ave  CITY: Harrison  STATE: OH
HOME PHONE: _____  CELL PHONE: (513) 255-4535
DRIVER'S LICENSE #: _____  SOCIAL SECURITY #: 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
EMPLOYER NAME: Authority Cleaning  PHONE: _____

the fence and told Kylee to take my daughter. That he was taking her. I had to leave and come make a report.

I HAVE READ THIS STATEMENT CONSISTING OF 2 PAGE(S) AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

THIS STATEMENT WAS COMPLETED AT 1445 HOURS ON THE 7 DAY OF July 20 23.

x Bridget Langen
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

_____
WITNESS/OFFICER

RTPD 07/14

Ross 000401

## VICTIM'S RIGHTS REQUEST/WAIVER FORM

Pursuant to Ohio Constitution Article I, § 10a, I assert or waive the rights checked below. I understand that if I change my mind, I must complete a new form and return it to the investigating officer, or, if the suspect has been charged, to the prosecutor. The investigating officer will provide the prosecutor's contact information.

**FORM USE** [X] Initial contact  **DATE:** ___  [ ] Victim initiated change

Report No.: 202300319
Case No.: ___

Reporting Agency: Ross Twp
Reporting Officer: Baus
Reporting Agency Phone: ___

County: Butler Co.
Badge No.: 605
Suspect: [X] Adult [ ] Juvenile

| REQUEST | WAIVE | |
|---|---|---|
| [X] | [ ] | The right to notice of the escape or release of the offender. |
| [X] | [ ] | The right to reasonable and timely notice of all public proceedings. |
| [X] | [ ] | The right to be present at all public proceedings. |
| [X] | [ ] | The right to be heard in all public proceedings, including those involving release, plea, sentencing, disposition, parole, and any other hearing that involves victims' rights. |
| [X] | [ ] | The right to confer with the prosecutor in the case. |
| [X] | [ ] | The right to full and timely restitution from the offender. |
| [X] | [ ] | The right to notice if the defense requests access to confidential victim information, including medical, counseling, school or employment records, access to victim's personal devices or on-line accounts, or other personal information. |
| [X] | [ ] | The right to appoint a Victim's Representative. |

Representative Name ___
Address ___
Phone ___
Email ___
Representative's Relationship to Victim ___

[X] [ ] The victim would also like to receive notices and exercise their rights.

Victim Name: Bridget Langen  Phone: ___
Email: ___  Other Phone: ___
Address: 211 Cypress Av. Harrison, OH 45030

If you are denied your rights you may seek to enforce your rights on your own, ask the prosecutor to enforce your rights, or retain an attorney. You may request free legal assistance through nonprofit organizations such as Ohio Crime Victim Justice Center at OCVJC.org, (866) 665-3330, (614) 848-8500, or info@ocvjc.org.

Victim/Representative's Name: Bridget Langen   Date: 7/7/23
Victim/Representative's Signature: X Bridget Langen
Officer/Prosecutor/Custodial Agency Rep. Name: ___   Date: ___
Officer/Prosecutor/Custodial Agency Rep. Signature: ___

Ross 000402