ORIGINAL

CRIME TITLE: DOMESTIC VIOLENCE          CASE NO. CRB2301790

O.R.C. 2925.19

# COMPLAINT

Hamilton Municipal Court

FILED IN THE HAMILTON MUNICIPAL COURT

JUL 10 2023

STATE OF OHIO vs. MICHAEL K. REDDEN    DOB: 09/19/1977

MICHELLE L. DEATON, CLERK

2043 WAGON WHEEL DR (Name)

HAMILTON, OH 45013 (Street)

(City, State, Zip)

T. BAIRD #605 _____, being first duly cautioned and sworn, deposes and says that MICHAEL K. REDDEN _____, on or about the 7 of July, 2023, in the Township of ROSS _____, Butler County, State of Ohio, did:

DID CAUSE PHYSICAL HARM TO A FAMILY MEMBER. VICTIMS SUSTAINED INJURIES TO HER FOREARM AFTER THE DEFENDANT STOLE THE VICTIMS PHONE.

contrary to and in violation of Section 2925.19 of the Revised Code of Ohio, a first degree misdemeanor.

The complainant states that this complaint is based on:

DID CAUSE PHYSICAL HARM TO A FAMILY MEMBER. VICITMS SUSTAINED INJURIES TO HER FOREARM AFTER THE DEFENDANT STOLE THE VICTIMS PHONE.

Sworn to and subscribed before me on 07/07/2023.

Christopher Fizer — Digitally signed by Christopher Fizer Date: 2023.07.07 20:12:31 -04'00'
Notary Public/ Deputy Clerk/ Judge

Tim Baird — Digitally signed by Tim Baird Date: 2023.07.07 20:02:55 -04'00'
Complainant

Filed _____
{Name}
{Change Me}

By _____
Deputy Clerk

Ross Township Police Department
4055 Hamilton Cleves Rd
Hamilton, Ohio 45013

Notary Public
Christopher Fizer — Digitally signed by Christopher Fizer Date: 2023.07.07 20:15:17 -04'00'
Expires: 05/23/2026
Date: 07/07/2023

ARREST AGENCY: _____    1ST APPEAR: _____    REPORT NO. 202300319