# OHIO PEACE OFFICER TRAINING COMMISSION

## THE OFFICE OF THE ATTORNEY GENERAL

This is to certify that

**Bryan Rogers**

has successfully met the prescribed program requirements for

**Domestic Violence Legal Updates Course**

December 24, 2023

_Dave Yost_
Dave Yost
Ohio Attorney General

_Thomas Quinlan_
Thomas Quinlan, Executive Director
Ohio Peace Officer Training Commission

_Vernon P. Stanforth_
Vernon P. Stanforth, Chairperson
Ohio Peace Officer Training Commission