| Name | Last mo... ▼ |
|---|---|
| filtered- (1).3gp | Jan 2, 2025 |
| filtered- (2) (1).3gp | Jan 2, 2025 |
| filtered- (3).3gp | Jan 2, 2025 |
| filtered-.3gp | Jan 2, 2025 |
| IMG_2607.3gp | Jan 2, 2025 |
| Plaintiff 1-268.pdf | Jan 6, 2025 |
| PW forcing way into home.mov | Jan 2, 2025 |
| Redden Response to Discovery.pdf | Jan 6, 2025 |