IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL REDDEN, | CASE NO. 1:24-CV-00342 |
| Plaintiff, | JUDGE Matthew W. McFarland |
| v. | |
| TIM BAIRD, et al., | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |
| Defendants. | |

Pursuant to Local Rule 7.3, and with the assent of all parties, Plaintiff respectfully submits this Motion for an extension of time until October 30, 2025 to file a response to Defendants Motion for Summary Judgment. (Doc#19.) As grounds for this Motion, Plaintiff states

1. This matter is currently set for a Settlement Conference before Magistrate Judge Bowman on October 16, 2025. (Doc#11.) This extension is intended to conserve resources and permit the parties to focus on a possible settlement of the matter instead of briefing the summary judgment issues. The proposed new date is two weeks after the Settlement Conference.

2. This extension is not requested for the purposes of delay.

3. Counsel for Defendants have indicated that Defendants do not oppose this Motion.

**Wherefore,** Plaintiff should be allowed until October 30, 2025 to respond to the Motion for Summary Judgment. (Doc#19.)

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this September 22, 2025 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel