IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL REDDEN, | CASE NO. 1:24-CV-00342 |
| Plaintiff, | JUDGE Matthew W. McFarland |
| v. | NOTICE OF FILING OF EXHIBIT |
| TIM BAIRD, et al., | |
| Defendants. | |

Plaintiff respectfully provides this notice of the filing of an exhibit in response to Defendants Motion for Summary Judgment.  (Doc#19.)

Respectfully submitted,

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this October 27, 2025 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel