**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| MICHAEL REDDEN, | : | Case No. 1:24-cv-342 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| TIM BAIRD, et al., | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**
1. Defendants' Motion for Summary Judgment (Doc. 19) is GRANTED;
2. Summary judgment is ENTERED in favor of Defendants on all claims; and
3. This case is hereby TERMINATED from the Court's docket.

Dated:  May 26, 2026.                    Richard W. Nagel, Clerk of Court
                                          By: */s/ Kellie A. Fields*
                                          Deputy Clerk