**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MICHAEL REDDEN, | CASE NO. 1:24-CV-00342 |
| Plaintiff, | JUDGE Matthew W. McFarland |
| v. | |
| TIM BAIRD, et al., | NOTICE OF APPEAL |
| Defendants. | |

Plaintiff Michael Redden respectfully submits this Notice of Appeal of the decision granted Defendants Motion for Summary Judgment and Judgment entered in favor of Defendants on all claims.  (Doc#24, Doc#25.)

Respectfully submitted,

_____/s/ Joshua A. Engel_____
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's electronic filing system this June 11, 2026 upon all counsel of record.

/s/ Joshua Engel